HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
RICHARD J. BEALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RICHARD J. BEALL,<br><br>  Defendant. | Case No.  2:16-cr-00107-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  July 7, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Ross K. Naughton, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Richard J. Beall that the status conference scheduled for July 7, 2016 be vacated and continued to July 14, 2016 at 10:00 a.m.

Defense counsel for Mr. Beall requires additional time to review the discovery, to conduct additional investigation and legal research, and to confer with his client about plea negotiations and how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as July 6, 2016, the date of the parties' stipulation, through and including July 14, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

| | | |
|---|---|---|
| 1 | DATED: July 6, 2016 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS |
| | | Federal Defender |
| 3 | | |
| 4 | | */s/ Matthew C. Bockmon* |
| | | MATTHEW C. BOCKMON |
| 5 | | Assistant Federal Defender |
| | | Attorney for Richard J. Beall |
| 6 | | |
| 7 | DATED: July 6, 2016 | PHILLIP A. TALBERT |
| 8 | | Acting United States Attorney |
| 9 | | */s/ Ross Kerr Naughton* |
| | | ROSS KERR NAUGHTON |
| 10 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

## ORDER

Having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from July 6, 2016, the date of the parties stipulation, up to and including July 14, 2016, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the July 7, 2016 status conference shall be VACATED and CONTINUED until July 14, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 7, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE